Montgomery Y. Paek, Esq.
Bar No. 10176
Amy L. Thompson, Esq.
Bar No. 11907
Luke W. Molleck, Esq.
Bar No. 14405
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:          mpaek@littler.com
                    athompson@littler.com
                    lmolleck@littler.com

Attorneys for Defendant
T MOBILE USA, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER RAMIREZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>T MOBILE USA, INC., a Foreign Corporation,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-01131-JAD-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT T MOBILE USA, INC. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff JENNIFER RAMIREZ ("Plaintiff") and Defendant T MOBILE USA, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to Plaintiff's Complaint from the current deadline of July 12, 2024, up to and including **August 12, 2024**.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 8, 2024

Respectfully submitted,

*/s/ Joshua D. Judd*
Anthony P. Sgro, Esq.
Joshua D. Judd, Esq.
SGRO & ROGER

*Attorneys for Plaintiff*
JENNIFER RAMIREZ

Dated: July 8, 2024

Respectfully submitted,

*/s/ Luke W. Molleck*
Montgomery Y. Paek, Esq
Amy L. Thompson, Esq.
Luke W. Molleck, Esq.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
T MOBILE USA, INC.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____
UNITED STATES MAGISTRATE JUDGE