|   |   |
|---|---|
| 1 | Montgomery Y. Paek, Esq. |
|   | Nevada Bar No. 10176 |
| 2 | Amy L. Thompson, Esq. |
|   | Nevada Bar No. 11907 |
| 3 | Luke W. Molleck, Esq. |
|   | Nevada Bar No. 14405 |
| 4 | LITTLER MENDELSON, P.C. |
|   | 3960 Howard Hughes Parkway |
| 5 | Suite 300 |
|   | Las Vegas, Nevada 89169.5937 |
| 6 | Telephone:  702.862.8800 |
|   | Fax No.:  702.862.8811 |
| 7 | Email:  mpaek@littler.com |
|   |   athompson@littler.com |
| 8 |   lmolleck@littler.com |
| 9 | Attorneys for Defendant |
|   | T MOBILE USA, INC. |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| JENNIFER RAMIREZ, an individual, | Case No. 2:24-cv-01131-JAD-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. |   |
| T MOBILE USA, INC., a Foreign Corporation, | [ECF No. 13] |
| Defendant. |   |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JENNIFER RAMIREZ ("Plaintiff") and Defendant T-MOBILE USA, INC. ("Defendant") (collectively "Parties"), by and through their undersigned counsel, respectfully request that the Court approve this Stipulation seeking dismissal of this civil action with prejudice.  The Parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that each party shall bear its own

///

///

///

fees, costs and expenses for the claims dismissed by this Stipulation and Order.

October 22, 2024

Respectfully submitted,

*/s/ Joshua D. Judd*
ANTHONY P. SGRO, ESQ.
JOSHUA D. JUDD, ESQ.

Attorney for Plaintiff
JENNIFER RAMIREZ

October 22, 2024

Respectfully submitted,

*/s/ Luke W. Molleck*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
LUKE W. MOLLECK, ESQ.

Attorneys for Defendant
T MOBILE USA, INC.

## ORDER

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated this 23rd day of October, 2024.